```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   EMILIO GONZALEZ-ARRCHIGIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-09-416 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| EMILIO GONZALEZ-ARRCHIGIA, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on February 23, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 23, 2010, be continued until March 9, 2010.  In addition, the parties stipulate that the time period from February 23, 2010, to March 9, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:February 22, 2010

                    Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |


*/s/ Lexi Negin for*                                         */s/ Lexi Negin*
MICHAEL ANDERSON                           LEXI NEGIN
Assistant U.S. Attorney                            Assistant Federal Defender
Attorney for United States                      Attorney for Emilio Gonzalez-Arrchigia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EMILIO GONZALEZ-ARRCHIGIA,<br><br>    Defendant. | CASE NO. CR-S-09-416 JAM<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on February 22, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for February 23, 2010, be vacated and that the case be set for **Tuesday, March 9, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 22, 2010 stipulation, the time under the Speedy Trial Act is excluded from February 23, 2010, through March 9, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 22, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2